

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00409-CV

Frederick O. **SILVER**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC., ET AL.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05365
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

By order dated August 6, 2019, the trial court clerk and court reporter were ordered to file records limited to the trial court's order on appellant's ability to afford costs. In addition, appellant was ordered to file a brief no later than thirty days after the date the last record was filed that was: (1) in compliance with Rule 38.1 of the Texas Rules of Appellate Procedure; and (2) limited to issues addressing the trial court's order on appellant's ability to afford costs. The clerk's record was filed on August 8, 2019, and, by order dated August 15, 2019, the clerk of this court was ordered to provide appellant with a copy of the record. Because the reporter's record was filed on August 15, 2019, a copy of the reporter's record was also provided to appellant with this court's August 15, 2019 order. Accordingly, appellant's brief limited to issues addressing the trial court's order on appellant's ability to afford costs was not due to be filed until September 16, 2019.

On August 19, 2019, appellant filed a brief; however, the brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure because it contains no citations to the record, which was provided to appellant, or to any authorities. *See* TEX. R. APP. P. 38.1(g), (i). Although the brief refers to Rule 145 of the Texas Rules of Civil Procedure, the brief does not contain any argument applying Rule 145 to the contentions made. *Id*. at 37.1(i). Furthermore, the brief refers to Rule 18a and to the trial judge having a financial interest; however, the brief does not contain any argument regarding how this contention relates to the trial court's order on appellant's ability to afford costs. *Id*. It is therefore ORDERED that the brief filed by appellant on August 19, 2019 is STRICKEN. Appellant is ORDERED to file a brief in compliance with

Rule 38.1 which is limited to issues addressing the trial court's order on appellant's ability to pay costs no later than thirty days from the date of this order.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court